**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| HC2 HOLDINGS 2, INC.; CONTINENTAL GENERAL INSURANCE COMPANY; and LEO CAPITAL HOLDINGS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MOTORSPORT GAMES, INC. (f/k/a MOTORSPORT GAMING US LLC); MIKE ZOI; JONATHAN NEW; DMITRY KOZKO; and ALEX ROTHBERT,<br><br>Defendants. | Case No. 21-cv-00165-RGA |

## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Defendants Motorsport Games Inc., Mike Zoi, Jonathan New, Alex Rothbert and Dmitry Kozko ("Defendants") move to dismiss the Amended Complaint [D.I. 14] pursuant to Rules 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b) (the "Motion"), for the reasons set forth in the Opening Brief in Support of the Motion filed herewith.

**WHEREFORE**, Defendants respectfully request that this Court enter the proposed order in the form attached hereto granting the Motion.

[*Remainder of page intentionally left blank.*]

                              Respectfully submitted,

Dated: May 17, 2021

| OF COUNSEL | **VENABLE LLP** |
|---|---|
| Brian L. Schwalb | /s/ Daniel A. O'Brien |
| George Kostolampros | Daniel A. O'Brien (No. 4897) |
| **VENABLE LLP** | 1201 N. Market Street, Suite 1400 |
| 600 Massachusetts Avenue, NW | Wilmington, DE 19801 |
| Washington, D.C. 20001 | Tel: (302) 298-3523 |
| | Fax: (302) 298-3550 |
| -and- | daobrien@venable.com |
| Edmund M. O'Toole | *Counsel for Defendants* |
| Dakota L. Kann | |
| **VENABLE LLP** | |
| 1290 Avenue of the Americas | |
| New York, NY 10104 | |

## **CERTIFICATE OF SERVICE**

I, Daniel A. O'Brien, hereby certify that on this 17th day of May, 2021, a copy of the foregoing document was electronically filed with the court and served via CM/ECF, on parties with counsel of record identified on the Court's docket.

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)