IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

INNOVATE 2 CORP. (f/k/a HC2 HOLDINGS 2, INC.)

*Plaintiff*,

v.

MOTORSPORT GAMES INC., MIKE ZOI, JONATHAN NEW, DMITRY KOZKO, and ALEX ROTHBERT

*Defendants*.

No. 1:21-cv-165-SB

---

## ORDER

1. I **GRANT** Defendants' Motion for Summary Judgment on all counts in the Amended Complaint. D.I. 115.
2. I **GRANT** Defendants' Motion for Summary Judgment on Count I of its Counterclaims. D.I. 37, 115.
3. I **DENY** Plaintiff's Motion for Summary Judgment on Counts I–IV. D.I. 124.
4. I **DENY WITHOUT PREJUDICE** Defendants' Motion in Limine to Exclude the Expert Report and Testimony of Dr. Edward S. O'Neal as moot. D.I. 117.
5. I **ORDER** the parties to provide a joint status update discussing any remaining issues in this case, including Motorsport's damages on its counterclaim, and a proposed schedule for dealing with those issues by March 12, 2025, at 5 p.m. EDT.

Dated: Feb. 26, 2025

UNITED STATES CIRCUIT JUDGE