**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| INNOVATE 2, CORP.,<br><br>Plaintiff,<br><br>v.<br><br>MOTORSPORT GAMES INC.; MIKE ZOI; JONATHAN NEW; DMITRY KOZKO; and ALEX ROTHBERT,<br><br>Defendants. | C.A. No. 21-00165-SB |

**JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

WHEREAS, Plaintiff and Counterclaim Defendant INNOVATE 2, Corp., and Defendants Mike Zoi, Jonathan New, Dmitry Kozko, and Alex Rothbert, and Defendant and Counterclaim Plaintiff Motorsport Games Inc., reached an agreement to settle all remaining claims and counterclaims in this action;

WHEREAS, in light of the settlement, the parties wish to dismiss this action with prejudice;

NOW THEREFORE, by and through their respective undersigned counsel, the parties hereby stipulate and agree, subject to approval by the Court, that this action shall be, and hereby is, dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

[*Signature block on following page.*]

Dated: April 1, 2025

OF COUNSEL

Karl C. Huth
Matthew J. Reynolds
Luke Rushing
**HUTH REYNOLDS LLP**
41 Cannon Court
Huntington, NY 11743
(212) 731-9333
huth@huthreynolds.com
reynolds@huthreynolds.com
lrushing@huthreynolds.com

OF COUNSEL

George Kostolampros
Benjamin E. Horowitz
**VENABLE LLP**
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4426
gkostolampros@venable.com
behorowitz@venable.com

Carly M. Celestino
**VENABLE LLP**
1850 Towers Crescent Plaza
Suite 400
Tysons, Virginia 22182
(703) 905-1432
cmcelestino@venable.com

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Gregory E. Stuhlman*
Joseph B. Cicero (#4388)
Gregory E. Stuhlman (#4765)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
stuhlman@chipmanbrown.com
youngman@chipmanbrown.com

*Attorneys for Plaintiff and Counterclaim Defendant INNOVATE 2 Corp.*

**VENABLE LLP**

*/s/ Daniel A. O'Brien*
Daniel A. O'Brien (No. 4897)
1201 North Market Street, Suite 1400
Wilmington, Delaware 19801
(302) 298-3535
daobrien@venable.com

*Attorneys for Defendants Mike Zoi, Jonathan New, Dmitry Kozko, and Alex Rothbert, and Defendant and Counterclaim Plaintiff Motorsports Games, Inc.*

IT IS SO ORDERED THIS 2nd day of April, 2025

The Honorable Stephanos Bibas